

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2022

No. 04-21-00586-CV

**IN THE MATTER OF I.H.**, child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24053
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On March 3, 2022, the district clerk filed the clerk's record in this case. The clerk's record includes a Request for Findings of Fact and Conclusions of Law indicating "[t]his divorce action was finalized by entry of a final judgment dated November 29, 2021." However, the clerk's record does not include a copy of the final judgment dated November 29, 2021. We therefore **order** the district clerk to file a supplemental clerk's record with a copy of the missing final judgment dated November 29, 2021 **by March 24, 2022.** All other deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court